IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAYMOND LESLIE LOWE, JR.,

    Plaintiff,

  v.

BYRON TRAPP, et al.,

    Defendants.

3:16-cv-01791-TC
(lead case)
3:16-cv-01846-TC

---

RAYMOND LESLIE LOWE, JR.,

    Plaintiff,

  v.

LANE COUNTY SHERIFF'S OFFICE, et al.

    Defendants.

---

1 –ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 36), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Both parties filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 36) is adopted in full. Defendants' Motions to Dismiss (ECF No. 18 in 3:16-cv-1791-TC and ECF No. 12 in 3:16-cv-01846-TC) are DENIED.

IT IS SO ORDERED.

DATED this 23rd day of March, 2018.

                                                      /s/ Michael J. McShane
                                                      Michael McShane
                                             United States District Judge