IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAYMOND LESLIE LOWE, JR.,

        Plaintiff,                                            Civ. No. 3:16-cv-1791-MK

        v.                                                         ORDER

BYRON TRAPP, et al.,

        Defendants.

_____

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#116), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#116) is adopted. Defendants' Motion for Summary Judgment (#81) is GRANTED. Plaintiff's Motions for Summary Judgment (##100, 107) are DENIED. This action is dismissed. As any appeal would be frivolous, plaintiff's IFP status is revoked.

IT IS SO ORDERED.

        DATED this 20th day of June, 2019.

                                                               _____/s/ Michael J. McShane_____
                                                                          Michael McShane
                                                                   United States District Judge